AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murphy, Michael R | U.S.C.A., 10th Circuit | 04/20/2007 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Circuit Judge, active

**5a. Report Type** (check appropriate type)

☐ Nomination, Date
☐ Initial ☒ Annual ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2006
to
12/31/2006

**7. Chambers or Office Address**

Bennett Federal Bldg., Rm.5438
125 South State Street
Salt Lake City, UT 84138-1181

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer                    Date

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. See VIII | Utah Judicial Retirement |
| 2. | |
| 3. | |

RECEIVED
07 Y 21 A 11: 13
DI FINANCIAL
CLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R | 04/20/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

$\boxed{X}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

$\boxed{X}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

$\square$ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bankruptcy Institute, Denver, Colorado | Speaker at the conference. January 26-27, 2006. Reimbursed for air fare, hotel, meals and taxi. |
| 2. | George Mason University Law & Economics Center, Judges' Program, Cambridge, MA | Participation in Judges' program, Culture and Markets, July 6-9, 2006, Reimbursed for air fare, hotel, meals. |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R | 04/20/2007 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wells Fargo IRA Acct. No. 2 | B | Interest | K | T | | | | | |
| 2. - WF Money Market FD | A | Dividend | J | T | | | | | |
| 3. - Ford Motor Credit Co. Notes | B | Interest | J | T | | | | | |
| 4. CREF (U. of U.) | C | Dividend | K | T | | | | | |
| 5. CREF (Rowland) | D | Dividend | K | T | | | | | |
| 6. Wells Fargo NA Checking Acct | A | Interest | J | T | | | | | |
| 7. Wells Fargo IRA Account | G | Div.&Int. | O | T | IRA Distrib. | 7/20 | J | | |
| 8. | | None | | | IRA Distrib. | 8/21 | J | | |
| 9. | | None | | | IRA Distrib. | 10/11 | J | | |
| 10. | | None | | | IRA Distrib. | 12/15 | K | | |
| 11. Wells Fargo Money Mkt #645 | B | Interest | K | T | | | | | |
| 12. U. S. Treas. Note dtd 2/15/2002 due 2/15/2012 | B | Interest | K | T | | | | | |
| 13. I Shares Inc. MSCI Pacific Ex-Japan | B | Dividend | K | T | | | | | |
| 14. I Shares MSCI Japan | A | Dividend | K | T | | | | | |
| 15. I Shares MSCI Japan | | None | | | Buy | 5/4 | J | | |
| 16. I Shares Russell 2000 Value Index FD | A | Dividend | K | T | | | | | |
| 17. I Shares S&P Europe 350 | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R | 04/20/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. I Shares S&P Latin America 40 | A | Dividend | | | Sold | 1/10 | K | D | |
| 19. I Shares TR Russell Midcap Growth | A | Dividend | L | T | | | | | |
| 20. I Shares TR MSCI Emerging Markets | | None | K | T | Buy | 1/10 | K | | |
| 21. I Shares TR MSCI Emerging Markets | A | Dividend | K | T | Partial Sell | 5/4 | K | | |
| 22. I Shares Russell Midcap Value | A | Dividend | K | T | | | | | |
| 23. I Shares Russell 1000 Growth | B | Dividend | M | T | | | | | |
| 24. I Shares Russell 1000 Value | C | Dividend | M | | Partial Sell | 8/18 | J | C | |
| 25. I Shares Comex Gold Trust | | None | | | Sold | 6/6 | K | D | |
| 26. I Shares Russell Microcap Index Fund | A | Dividend | J | T | Buy | 5/4 | J | | |
| 27. Powershares Exchange - Traded FD TR | | None | | | Buy | 5/4 | K | | |
| 28. Powershares Exchange - Traded FD TR | A | Dividend | | | Sold | 8/18 | J | A | |
| 29. Daimlerchrysler AG Class Actions Proceeds | A | Distribution | | | | | | | |
| 30. Bristol Myers Squibb Class Action Proceeds | A | Distribution | | | | | | | |
| 31. Bank One Corp 2 Class Actions Proceeds | A | Distribution | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R | 04/20/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II. Agreements

Line 1: As of the date of my resignation from the Third District Court, State of Utah, in October 1995, I had accumulated nine years in the state judicial retirement plan which will not begin to pay benefits until I reach the age of 70 in 2017. The plan is an annuity type plan.

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R | 04/20/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████    Date 5/15/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULL█████████ OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544